IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02714-PAB-BNB

TERESA BRONNER, an individual,

Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, a body corporate, and political subdivision of the State of Colorado,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Amend Complaint** [docket no. 18, filed November 24, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Amended Complaint and Jury Demand (docket no. 16) for filing.

DATED:  November 29, 2010