IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02714-PAB-BNB

TERESA BRONNER, an individual,

Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, a body corporate, and political subdivision of the State of Colorado,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 36, filed March 8, 2011] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 20, 2011**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 17, 2011**.


DATED:  March 9, 2011