IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02714-PAB-BNB

TERESA BRONNER, an individual,

Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, a body corporate, and political subdivision of the State of Colorado,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order to Extend Discovery Deadline for Sole Purpose of Completing Scheduling Depositions** [docket no. 43, filed July 1, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **July 21, 2011**, solely for the purpose of taking the depositions set out in the Motion.

DATED: July 5, 2011